JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. CV12-03829 WDK(FMOx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **JOSHI PREM ASHWIN,** | |
| Defendant. | |

The Application of J & J Sports Productions, Inc. for the entry of Default Judgment as to defendant Joshi Prem Ashwin, an individual d/b/a The Libertine, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff J & J Sports Productions, Inc. against defendant Joshi Prem Ashwin, an individual d/b/a The Libertine, as follows:

(a)   defendant Joshi Prem Ashwin, an individual d/b/a The Libertine, shall pay the plaintiff, J & J Productions, Inc., $56,100.00 in total damages plus

1  attorneys' fees in the amount of $3,844.00 plus costs.

2

3  IT IS SO ORDERED.

4

5  IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United
6  States mail or by telefax or by email, copies of this Order on counsel in this
7  matter.

8

9

10  Dated: January 7, 2014

11  _____
12  William Keller
13  United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26  cc:     cc:     Joshi Prem Ashwin
27

28

- 2 -