```
1   Al Lustgarten, Bar # 189503
    Lustgarten Law
2   30851 Agoura Rd # 114
    Agoura Hills, Ca 91301
3   Phone; 818-907-5866   Fax 818-461-5959
    Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC, )
)
       Plaintiff,   vs. ) Case No.: 2:12-CV-03829-WDK-FMO
)
JOSHI PREM ASHWIN, et al, ) **RENEWAL OF JUDGMENT BY CLERK**
)
       Defendant, )
_____)

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Joshi Prem Ashwin, an individual, dba The Libertine entered on January 7, 2014, be and the same is hereby renewed in the amounts as set forth below:

    Renewal of money judgment

| | | |
|---|---|---|
| a. | Total judgment | $ 59,944.00 |
| b. | Costs after judgment | $ 0.00 |
| c. | Subtotal *(add a and b)* | **$ 59,944.00** |
| d. | Credits | $ 0.00 |
| e. | Subtotal *(subtract d from c)* | **$ 59,944.00** |
| f. | Interest after judgment (.13%) | $ 746.97 |
| g. | Fee for filing renewal of application | $ 0.00 |
| h. | Total renewed judgment (add e, f and g) | **$ 60,690.97** |

Dated: __October 9, 2023__          CLERK, by Deputy _Sharon Hall Brown_

Renewal of Judgment